# EXHIBIT 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.
SECTION:

AGORIVE, SA, a Belgian corporation,

    Plaintiff,

vs.

OPERA GALLERY HOLDING USA, INC., a Delaware corporation, Doing Business in Florida

    Defendant.

_____/

## **COMPLAINT FOR DAMAGES AND DECLATORY RELIEF**





Dated: January 22, 2026

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, Florida 33134
(305) 800-4476
Email: jdelarosa@hsmpa.com;
filings@hsmpa.com

By: */s/ Alvin B. Davis*
    Alvin B. Davis
    Florida Bar No. 218073
    adavis@hsmpa.com

    *Attorney for Plaintiff*

# EXHIBIT "A"